JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEVI DURAN, | ) Case No. CV 13-4847-DDP (DTB) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| LANCASTER PRISON MEDICAL DOCTORS/STAFF, ET AL, | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Second Amended Complaint With Prejudice,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: September 11, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1